# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED

2006 NOV -3 PM 1:33

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 06CR2171-BEN |
| Plaintiff, ) | |
| vs ) | **JUDGMENT OF DISMISSAL** |
| CINTHIA JANETTE SERRANO ) | (Rule 32(d)(1), Fed.R.Crim.P.) |
| Defendant, ) | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed against the defendant and the Court has granted the motion of the Government for dismissal of ⟨the information in⟩ this case without prejudice; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) of: 21 USC 952, 960 - Importation of marijuana

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged pursuant to Rule 32(d)(1), Federal Rules of Criminal Procedure.

DATED: 11/1/06

_____
United States Magistrate Judge

ENTERED ON 11-1-06